UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-CV-82344-AMC

HOWARD COHAN,

    Plaintiff,

vs.

GREEN SAPPHIRE HOSPITALITY, LLC
a Foreign Limited Liability
d/b/a EMBASSY SUITES BOCA RATON

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiff, HOWARD COHAN and the Defendant, GREEN SAPPHIRE HOSPITALITY, LLC, a Foreign Limited Liability, d/b/a EMBASSY SUITES BOCA RATON, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED May 24, 2021.

| By: **/s/ Gregory S. Sconzo** | **By: /s/ Merry E. Lindberg** |
|---|---|
| Gregory S. Sconzo, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 308102 |
| Sconzo Law Office, P.A. | Ford & Harrison LLP |
| 3825 PGA Boulevard, Suite 207 | 1450 Centrepark Blvd., Suite 325 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, FL 33401 |
| Telephone: (561) 729-0940 | Telephone: (561) 345-7505 |
| Facsimile: (561) 491-9459 | Email: mlindberg@fordharrison.com |
| Email: greg@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              **/s/ Gregory S. Sconzo**
                                              **Gregory S. Sconzo, Esq.**