UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82344-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

v.

**GREEN SAPPHIRE HOSPITALITY**, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Dismissal with Prejudice [ECF No. 23], filed on June 15, 2021. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). A such, this case is **DISMISSED WITH PREJUDICE**, effective June 15, 2021, the date the parties filed their [ECF No. 23] Joint Stipulation for Dismissal with Prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Fort Pierce, Florida, this 16th day of June 2021.

                                                          _____
                                                          AILEEN M. CANNON
                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record